FILE COPY

No. 07-19-00358-CR

| | | |
|---|---|---|
| Louis Fred Gonzales<br>　Appellant | § | From the 242nd District Court<br>　of Hale County |
| | § | |
| v. | | November 6, 2019 |
| | § | |
| The State of Texas<br>　Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 6, 2019, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o